# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KAYLA M. SUPANCIK, AN INCAPACITED PERSON, BY ELIZABETH SUPANCIK, PLENARY GUARDIAN OF THE PERSON AND ESTATE, AND APRIL SUPANCIK, INDIVIDUALLY,

Petitioners

v.

TYLER M. ROBINSON,

Respondent

: No. 378 MAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:

KAYLA M. SUPANCIK, AN INCAPACITED PERSON, BY ELIZABETH SUPANCIK, PLENARY GUARDIAN OF THE PERSON AND ESTATE, AND APRIL SUPANCIK, INDIVIDUALLY,

Respondents

v.

TYLER M. ROBINSON,

Cross Petitioner

: No. 401 MAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.